This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

No. A-1-CA-39355

**MUKHTIAR KHALSA,**

Plaintiff-Appellant,

v.

**ROSE L. BRAND & ASSOCIATES, P.C.; HOUSER & ALLISON, a Professional Corporation; JOHNSON LAW FIRM, L.C.; KAREN HOWDEN WEAVER; KERRI L. ALLENSWORTH; ANDREW P. YARRINGTON; THOMAS L. JOHNSON; and LINDSAY K. GRIFFEL,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Kathleen A. McGarry, District Judge**

Mukhtiar Khalsa
Santa Cruz, NM

Pro Se Appellant

Rose L. Brand & Associates, P.C.
Eraina Edwards
Albuquerque, NM

for Appellees Rose L. Brand & Associates, P.C., Houser & Allison, Karen Howden Weaver, Kerri L. Allensworth, Andrew P. Yarrington, and Lindsay K. Griffel

Johnson Law Firm, L.C.
Dennis W. Hill
Albuquerque, NM

for Appellees Johnson Law Firm, L.C. and Thomas L. Johnson

**MEMORANDUM OPINION**

**BOGARDUS, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**